IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| (1) Marcus Bradford Hays | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 2:06-CV-518(TJW) |
| | § | |
| (1) Union Pacific Railroad | § | Jury Demanded |
| | § | |
| Defendant | § | |

## FINAL JUDGMENT

On March 31, 2008, the court called this case for trial. Plaintiff, Marcus, appeared in person and through his attorney and announced ready for trial. Defendant, Union Pacific Railroad, appeared in person and through its attorney and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the court received, filed, and entered of record. Marcus Hayes moved for entry of judgment on the verdict. The court considered the motion and renders judgment for Plaintiff.

1. Therefore, the court orders that Plaintiff, Marcus Hayes, recover the sum of **$225,276.80** and his costs of court from Defendant, Union Pacific Railroad.

2. Postjudgment interest is payable on all the above amounts allowable by law at the rate of 2.51%, from the date this judgment is entered until the date this judgment is paid.

3. The court orders execution to issue for this judgment.

4. The court denies all relief not granted in this judgment.

5. This is a FINAL JUDGMENT.

SIGNED this 20th day of June, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE